UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COSMOGRAPHIC SOFTWARE LLC,

      Plaintiff,                               Case No. 23-cv-13052

                                                     Hon. Mark A. Goldsmith
                                                     Mag. Anthony P. Patti

v.

SETH FRANKLIN,

      Defendant.

---

### ORDER DENYING DEFENDANT'S MOTION TO PERMIT APPEARANCE VIA ZOOM (Dkt. 46)

Defendant Seth Franklin filed a motion to permit his appearance via Zoom at the April 28, 2025 show cause hearing (Dkt. 46). The Court denies the motion. In its experience, the Court has found that conducting hybrid hearings where one or more individuals participate by Zoom can be less effective than in-person hearings. There may be a need to show Franklin exhibits during the hearing, which will not be possible if the exhibits are not already in his possession. While the Court acknowledges that there is an expense required of traveling, there has been no submission of evidence showing that Franklin cannot afford to travel to Detroit. While he references his recent bankruptcy case, that does not constitute sufficient evidence of his current financial situation, and certainly does not establish that he cannot afford travel expenses. Franklin must appear in person at the April 28 show cause hearing.

      SO ORDERED.

Dated: April 18, 2025                                 s/Mark A. Goldsmith
Detroit, Michigan                                    MARK A. GOLDSMITH
                                                       United States District Judge