UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COSMOGRAPHIC SOFTWARE LLC,

       Plaintiff,                        Case No. 23-cv-13052

                                        Hon. Mark A. Goldsmith

v.

SETH FRANKLIN,

       Defendant.

---

### ORDER GRANTING DEFENDANT'S SECOND MOTION TO PERMIT APPEARANCE VIA ZOOM (Dkt. 48)

Defendant Seth Franklin filed a motion to permit his appearance via Zoom at the April 28, 2025 show cause hearing (Dkt. 46). The Court denied the motion because Franklin had not provided sufficient evidence showing that he cannot afford to travel to Detroit. 4/18/25 Order (Dkt. 47). Franklin then filed a second motion to permit remote participation (Dkt. 48), which attached a declaration by Franklin and other exhibits. Having reviewed the exhibits, the Court is still not convinced that Franklin has provided enough evidence regarding his financial situation. But in the interest of not delaying the show cause hearing, the Court grants Franklin's motion and will permit Franklin to appear by Zoom. Should there be technical difficulties impairing his participation, the Court will proceed nonetheless, based on Franklin's

assumption of this risk. Further, should future hearings be ordered, the Court may require Franklin to appear in person, unless more detailed substantiation of his financial condition is provided.

    SO ORDERED.

Dated: April 25, 2025                            s/Mark A. Goldsmith  
    Detroit, Michigan                     MARK A. GOLDSMITH  
                                              United States District Judge